05/04/2020

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### COMPLAINT UNDER 28 U.S.C. § 1331 or
### BIVENS V. SIX UNKNOWN NAMED AGENTS

Action Number ___7:20-cv-00678___

*(To be supplied by the Clerk, U.S. District Court)*

Please fill out this Complaint completely.  The Court needs the information requested in order to assure that your Complaint is processed as quickly as possible and that all your claims are addressed.  Please print/write legibly or type.

I.  **PARTIES**

A.  Plaintiff:

1.          (a) __Gilbert Devon Melvin__          (b)__17557-056__
            *(Name)*                                                    *(Inmate Number)*

            (c) __PD Box__
            *(Address)*
            __White Deer, PA    17887__
            *(City, State, Zip)*

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release.  If Plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

Plaintiff is advised that only persons acting under color of federal law are proper defendants under **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971).  Private parties such as attorneys and other inmates may not be sued under **Bivens**.  In addition, liability under **Bivens** requires personal action by the defendant that caused you harm.  Normally, the Director of the Bureau of Prisons and wardens are not liable just because they supervise persons who may have violated your rights.  In addition, prisons and departments within an institution are not persons under **Bivens**.

B.  Defendant(s):

1.          (a) __Warden Breckon__          (b)__Warden__
            *(Name)*                                                    *(Title/Job Description)*

            (c) __PD Box 305__
            *(Address)*
            __Jonesville, VA    24263__
            *(City, State, Zip)*

RECEIVED
MAY 27 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Page 2 of 6

05/04/2020

2.        (a) __Captain Phelps__        (b)__Captain__
              *(Name)*                           *(Title/Job Description)*

          (c) __Midwestern Regional Office (Address Unknown)__
              *(Address)*

              __Illinois__
              *(City, State, Zip)*

3.        (a) __Lieutenant Erskine__        (b)__Lieutenant__
              *(Name)*                           *(Title/Job Description)*

          (c) __AUSP Thomson PO Box 1001__
              *(Address)*

              __Thomson, ILL    61285__
              *(City, State, Zip)*

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II.    PREVIOUS LAWSUITS

A.    Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?

                                                        Yes ☐    No ☑

B.    If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

      1.    Parties to previous lawsuit:

            Plaintiff(s)_____

            _____

            Defendant(s)_____

            _____

      2.    Court (if federal court, name the district; if state court, name the county):

            _____

      3.    Date lawsuit filed:_____

Page 3 of 6

(4) A. LIEUTENANT LEDEVINE    B lieutenant

C. PO Box 305
JONESVILLE, VA    24263

(5) A LIEUTENANT Briggs    B LIEUTENANT

C. PO BOX 305
JONESVILLE, VA 24263

(6) A. Physician Assistant Caudill B. Physician Assistant
C. PO BOX 305
JONESVILLE, VA    24263

(7) A. Psychology BABANEW    B Psychology
C. PO BOX 305
JONESVILLE, VA    24263

(8) A. OFFICER BATES    B CORRECTIONAL OFFICER
C. P.O. Box 305
JONESVILLE, VA 24263

(9) A. OFFICER OWENS    B CORRECTIONAL OFFICER
PO BOX 305
JONESVILLE, VA    24263

(10) A. OFFICER Stapleton    B CORRECTIONAL OFFICER
C. PO Box 305
JONESVILLE, VA    24263

(10) A. OFFICER STAPLETON #1    B. CORRECTION OFFICER
C. PO Box 305
JONESVILLE, VA    24263

(11) A. OFFICER Stapleton #2    B. CORRECTIONAL OFFICER
C. AUSP Thomson
PO BOX 1001
Thomson, ILL 61285

CONTINUED
PAGE 3 ATTATCHMENT

(12). A. OFFICER MRS Mitchel    B. CORRECTIONAL OFFICER
c. PO Box 305
JONESViIIE, VA   24263

(13) A. OFFICER Gilbert    B. CORRECTIONAL OFFICER
c. PO Box 305
JONESViIIE, VA   24263

(15) A. Et Al. Six UNKNOWNS    B. CORRECTIONAL OFFICERS
c. PO Box 305
JONESViIIE, VA   24263

PAGE 3 Attatchment

05/04/2020

4.      Docket number:_____

5.      Name of Judge to whom case was assigned:

_____

6.      Disposition (Was case dismissed? Appealed? Is it still pending?    What relief was granted, if any?):

_____

7.      Date of disposition:_____

## III. GRIEVANCE PROCEDURE

A.  At what institution did the events concerning your current complaint take place?
      UNitEd StAtES PENitENtiARy LEE CouNty

B.  Does the institution listed in "A" have a grievance procedure?
                                                                                 Yes ☑    No ☐

C.  If your answer to "B" is YES:

    1.    Did you file a grievance based on this complaint?           Yes ☑    No ☐

    2.    If so, where and when:  SEE AttAtchmENt

    3.    What was the result?  SomE disAppEAREd / somE dENiEd

    4.    Did you appeal?                                             Yes ☑    No ☐

    5.    Result of appeal:  DENiEd

D.  If there was no prison grievance procedure in the institution, did you complain to the prison authorities?
                                                                                 Yes ☐    No ☐

    1.    If your answer is "Yes", what steps did you take? _____

    _____

    2.    If your answer is "No", explain why you did not submit your complaint to the prison authorities:

    _____

    _____

    _____

III. Certified Jan. 4th 2019
Last stage to General Counsel/Denied

Certified Jan. 4th (seperate) 2019
Last stage to General Counsel/Denied

Certified Jan. 17th 2019
Last stage to General Counsel/Denied

Certified April 16th 2019
Last stage to General Counsel/Denied

At Allenwood USP — Began administrative
remedy process all over to avoid any claim for
failure to exhaust.

BP-9 case # 1001456-F1
Institution said I would be interview by
SIA ... NEVER happened.

Certified January 27th 2020
Sent a reciept and stated the need until March
29th to respond/never responded/denied

Certified April 7th, 2020
Last stage to General Counsel/never respond/Denied

Continued page 4

05/04/2020

## STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

SEE AttAtchmENt

# Facts

(1) On 7-13-2018, the plaintiff, Gilbert Devon Melvin, was intercepted along with another inmate on their way to Friday Sabbath service. They were locked inside a holding cage in the lieutenant's office and remained there until their Sabbath service and dinner for was over.

(2) After being released, the plaintiff was solely taken Lieutenant Erskine who, made several anti religious comments to offend the plaintiff. Lieutenant Erskine also stated that Lee County was not weak like Victorville (USP) and then threatened to "get" the plaintiff.

(3) On 7-13-2018, after being threatened and sent back to his unit, the plaintiff E-mailed the Department of Justice/PREA and told them that he had just been threatened and that he believed that threat to be imminent.

(4) Twenty-Four hours later, on 7-14-2018, after returning from recieving dinner trays, the plaintiff discovered that his cell door had been locked by an officer J. Roberts who, claimed that he had found a homade knife (shank) in the cell. The plaintiff and his cellmate, Fredriquious Wise #32765-171, were both taken to the Segregation Housing Unit (SHU).

(5) After being placed in a cell, plaintiff imediately told officer Bates that he was going on a hunger-strike because he had been "set-up, and that he hadn't been in possession of a weapon for nearly 10 yrs.

(6) Officer Bates removed the plaintiff from his cell while he remained blackbox handcuffed behind his back. He was locked in a small holdind cell just beside the entrance to the officer's control booth.

(1)                    Attatchment page 5

(7) Some short time AFTER, while still HANdcuFFEd, the plaintiFF was approached by Lieutenant LeDevine, officer Bates and several other unknown officers who, opened the holding cage And to physically assault the plaintiff by kicking, stomping And punching him in the FACE, body and legs.

(8) The plaintiFF's clothing was torn from his body and he was hand dressed by officer Bates And several unknown officer's in orange latex panties And a blue paper jumpsuit. He was put in Ambulatory restraints. The blackbox handcuffs were squeezed "As tight as possible" And cut into his wrist. The belly chain was pulled "As tight as possible" And tore into his skin And made it very difficult for him to breath. Finally, his shackles were squeezed "As tight As possible to cut into his Achilles making it near impossible for him to walk.

(9) The plaintiFF's "panties" were wedged between his REAR And he was taken to an observation cell where he was repeatedly assaulted while he urinated on himself and screamed for help. These beatings occured near every thirty minutes some five or six times until finally the plaintiFF was was left to suffer and scream throughout the Night in excessively tight Ambulatory restraints.

(10) The next morning, on 7-15-2018, Lieutenant Erskine came in the observation cell with several unknown officers And stated to the plaintiFF — "I told you I was going to get you. You think it's over?.... It just got started you son-of-a-bitch." Lieutenant Erskine then told An unknown officer to "go get the yellow chair, strap his ass in and haul him upstairs!"

(11) The plaintiFF was strapped in a yellow chair And And carried upstairs where he was four-pointed on a concrete by Lt. Erskine And several other unknown officers. His Ankles were strapped with blackbox

(2)         Attatchment page 5

handcuffs" AND WERE AGAIN SQUEEZED AS tight AS possible. His hands WERE RESTRAINED with blackbox handcuffs, made to point outward IN A more PAINFul ANGLE, then the handcuffs WERE strapped with plastic handcuffs to hold IN the more PAINFul ANGle. All blackbox handcuff WERE SQUEEZE AS tight AS possible.

(12) Lt. ERSKINE did punch the plaintiff IN the FACE SEVERAL times while other UNKNOWN OFFICERS punched him IN the body ElbowEd him IN the solarplexis.

(13) LATER ANd throughout the day And Night, the plaintiff was REPEATEdly bEATEN ANd tortured by SEGREGATION houSING LiEutENANt BRiGGS, OFFicER StApletoN(1) ANd SEVERAl other UNKNOWN OFFiCERS. WATER WAS pouRED up the plaintiffs NOSE. HAiR WAS pulled out OF his bEARd. HE WAS REpEATedly Elbowed to the solarplexis ANd FACE. HE WAS pUNCHEd iN the tEStiCles SEVERAl times UNtil they bECAmE VERy swollEN ANd he litERAlly uRiNAtEd blood.

(14) The plaintiff WAS SEEN SEVERAl times by physiciAN ASSistANt CAudill ANd beg him FOR help. P.A. CAudill did NOt RESpoNd OR tRy to help. HE wAtched the plaintiff bEiNG bEATEN ON SEVERAl OCCASSIONS.

(15) The plaintiff WAS visited by CAptAiN Phelps ON two SEpERATE OCCASioNS. ON EACH visit CAptAiN Phelps WAS with LiEutENANt BRiGGS ANd SFVERAl OthER UNKNOWN OFFICERS. The First visit, CAptAiN Phelps bRAGG About how mANy pRiSONERS hE hAd cloNE this WAy ANd told the plaintiff that, hE would bE his lASt bEFOR hE lEFt. CAptAiN PhelpS mAdE SEVERAl thREAts to the plaintiff, iNCludiNd to "buRst A pEppERbAll" iN his EVES.

(3)          AttAtchmENt pAgE 5

(16) The plaintiff was also visited by psychology Miss Babanew and several unknown officers while he remain four-pointed. Miss Babanew asked the plaintiff several questions befor an unknown officer punched him in the face a caused him to cry out. Miss Babanew told the plaintiff to "calm down." The plaintiff ask Miss Babanew, how could he calm down while they're beating him. The plaintiff told Miss Babanew that he had urinated blood and his testicles were swollen because he had been punched there. At that moment, the plaintiff was punched in the face several times and told to, "shut up."

(17) After many hours and some days of torture, Captain Phelps and several unknown officers visited the plaintiff a second time (Captain Phelp's 2nd time). Captain Phelps stated that the plaintiff was weak and that Victorville (USP) was weak for letting him, "get away with a hunger-strike." Captain Phelps stated that the good news was, he was finished with him here (USP Lee), but he would be waiting for him at the new (AUSP) Thomson and they could "start all over again."

(18) On or about the morning of, 7-16/17-2018, after being relieved from four-point restraints and again put in ambulatory restraints as tight as possible for some hours, the plaintiff was finally returned to his cell where he was forced to lay on a cold, steel bunk all day and into the night with no matress.

(19) For months forward after the plaintiff was was tortured — many of his administrative remedy complaints disappeared. many staff threatened/harrassed him and called him a snitch. The plaintiff was told by many staff that he would "get the same thing" once he arrived at Thomson (USP). His complaints of abuse by staff were ignored by Warden Breckon on administrative walkthrough. The plaintiffs complaints were also ignored by psychology Miss Babanew.

(4)        Attatchment page 5

(20) The plaintiff was for months refused his legal right to use the law library. However, at first chance, and because a fuse had blown in several cells and there was nowhere else to put them, the plaintiff and his cellmate, Anthony Bridgewater #06755-017, the plaintiff was put in the law library where he e-mailed the Department of Justice/PREA about the abuse/torture he'd suffered. This e-mail was on or about 10-2-2018. Then later, during a video hearing/interview for Super Max Unit on 11-9-2018, the plaintiff again repeated on video the torture he had suffered.

(21) On 12-4-2018, officer Gilbert and several other unknown officers, did pepper-spray the plaintiff and his cellmate, Ernest Hammett #05478-104, the plaintiff was drug out of his cell by his feet. After his hand was slammed in the food slot and he and his cellmate were handcuffed. The plaintiff was kneed several times to the face and head by officer Gilbert and officer Bates and other unknowns. Restraints were squeezed as tight as possible on the plaintiff's wrist and ankles.

(22) The plaintiff was forced to walk with his head held down at the neck and his shackles squeezing deeply into his already wounded Achilles. The attempts to try and stand, but forced/held down at the neck while made to walk in excessively tight/painful shackles caused something in the plaintiff's lower spinal cord to pop.

(23) The plaintiff was taken outside and stripped absolutely naked and barefoot in the freezing snow. He was hosed with water from a silver tank between his rear while officer Gilbert, officer Bates and several unknown officers made jokes and called him a snitch. The plaintiff was then again hand-dressed in orange latex panties and a blue paper jumpsuit. The plaintiff was left outside barefooted and wet for near to hour in

(5)     Attatchment page 5

painfully tight shackles and blackbox handcuffs.

(24) After some time, the plaintiff's restraints were loosened. The plaintiff was told by officer Gilbert to "walk straight and normal and don't say anything in front of the camera." Then, shortly after mentioning the injury to his finger, the plaintiff was told by officers Gilbert and Bates to "close his fingers into a fist," and then photographed his closed fist.

(25) The next day on, 12-5-2018, the plaintiff did recieve another manufactured incident report where he was said to have "choked inmate Hammett by placing his left arm under Hammett's neck against his throat, while using his left hand to grip his right bicep area."

(26) The plaintiff asked that psychology mrs. Hampton represent him for the incident report. The plaintiff asked Mrs. Hampton to ~ retrieve a writen statement from Earnest Hammett and review the camera that was in the cell where the incident was said to have occured. The plaintiff gave an oral statement to believed SIA MR. Anderson during investigation. The plaintiff gave his own writen statement to disiplinary hearing officer MR. Brown in conjunction with writen statement from Ernest Hammett. The incident report was washed away and the evidence was never entered into the record by DHO Brown. The plaintiff believes that officer Gilbert was expelled for two weeks.

(27) It is a matter of record... for great fear of threats made by Captain Phelps and other unknown officers who, were or were not

(6)    Attatchment page 5

tRANSFEREd to AUSP Thomson (super Max unit), the plaintiff did hang himself in Attempt to take his own liFE RATHER than be tortured again. This did Occur in Oklahoma Transit Center AFTER being designated to AUSP Thomson As promised by Captain Phelps.

(28) As a matter of record... FOR the duration OF the plaintiffs stay At AUSP Thomson, he WAS SEEN EXTENSively by head psychologist FOR matters directly related to the FActs IN this CASE. The plaintiff was placed on suicide watch two times, swallowed a large amount of pills, was started on Psyc medication, pain medications and had x-rays to lower spine and Achelles (LEFT), which were All matters directly RElAted to the FActs IN this case. It was EVEntually determined that the plaintiff Could not complete the program At AUSP Thomson And the plaintiff was declared "MAJor cleNical dEpression disorder." His meNtAl CARE level was raised to A three, And he was removed FROM AUSP Thomson super max unit And sent to USP Allenwood FOR mental And physical (wheelchair) health REASONS directly related to the Facts in this CASE.

<u>Exhaust Administrative Remedy</u>

(1) PlaintiFF did Exhaust All administrative Remedies through Bureau OF Prisons.

(7)  Attatchment page 5

## LEGAl Claim

(1) PlAiNtiFF claims that his CONSTitutioNAl Eighth AmENdmENt Right to bE pROtEctEd FROM "CRuEl ANd uNuSuAl puNishmENt" hAS bEEN violAted iN this CASE.

(8)    AttAtchmENt pAGE 5

05/04/2020

## IV.  RELIEF

I understand that in a <u>Bivens</u> action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. ___*H m*___ (please initial)

The Plaintiff wants the Court to:  (check those remedies you seek)

☑ Award money damages in the amount of $___1,300,000___
☑ Grant injunctive relief: CHARGE AND FIRE defENdANts
☑ Grant declaratory relief: chANGE policy At USP LEE FOR AmbilATORY [4-point restAINt
☑ Other: FIRE defENts, ChARGE defENdANts, grANt pREliminARY INJUNCtioN FoR MRI to LowER spiNAlcord ANd LEFt Achilles ANd AdEquatE pAiN meds.

## V.  PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months preceding the submission of this Complaint.  If you were transferred during this period, list the date(s) of transfer.  Provide an address for each institution.

ThE FActs oF this complAiNt did occUR At USP LEE oN July 13th, 2018 thRough to FEb. 2019. PlAiNtiFF wENt through OKC tRAsit ANd AttEmpt suicidE bEFoRE lANdiNg At AUSP ThomsoN oN FEb. 20, 2019 ANd FiNAlly ARRivEd At USP AllENwood iN Nov. oN-oR-About 17th, 2019. SEE AttAchmENt FoR AddRESSES

## VI.  CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE:  The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a jury or court trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:**        Yes ☐     No ☑
*You may consent at any time; however, any early consent is encouraged.*

## VII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __19th__ day of __MAY_____, 20_20_.

Plaintiff___Gilbert Devon Melvin_____

V.   United States Penitentiary Lee
PO Box 305
Jonesville, V.A.
24263


Administrative United States Penitentiary Thomson
PO Box 1001
Thomson, Ill
61285


United States Penitentiary Allenwood
PO Box
White Deer, PA
17887



Attatchment to
Page 6

RECEIVED

2020 MAY 26  A 10:18

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

U.S. POSTAGE PAID
17887
MAY 22, 20
AMOUNT
**$0.00**
R2305K138972-08

UNITED STATES
POSTAL SERVICE®

1004        23510

UNITED STATES
POSTAL SERVICE®

U.S. MARSHALS
INSPECTED

FROM:

Gilbert Melvin 17557-056
United States Penitentiary
PO Box 3000
White Deer, PA
17887

TO:

Clerks Office
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA
23510



N USED INTERNATIONALLY,
CUSTOMS DECLARATION
BEL MAY BE REQUIRED.

VISIT U
ORDER FI

USPS.COM®
PLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

0000 1000 0014

## PRISONERS DATABASE



## MAIN PAGE

### All Records for Gilbert Devon Melvin

| RecordID | PrisonerID | Name | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31604 | 17557056 | Gilbert Devon Melvin | 2020-06-02 | O'Grady | 2020-05-27 | 1 | 20 | cv | 9999 | 28:1331bv | | |
| TOTAL RECORDS:1 | | | | | | | | | | | | |

http://156.123.11.200:9900/prdb/main/rpt_person.pl?firstname=Gilbert&lastname=Melvin    06/02/2020