01/13/2021

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2021

JULIA C. DUDLEY, CLERK
BY: A Beesy
DEPUTY CLERK

_____
Assigned Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Gilbert Devon Melvin
Plaintiff full name

17557-056
Inmate No.

v.

CIVIL ACTION NO. 7:20 cv 00678

Officer Gilbert Et., Al —— Officer Bates, Officer Owens,
Defendant(s) full name(s)

ONE UNKNOWN OFFICER, ONE UNKNOWN Lieutenant

see Attatchment pg. 1 of 4
**********************************************************************************************

A. Current facility and address: United States Penitentiary Allenwood
PO Box 3000 White Deer, PA 17887

B. Where did this action take place? United States Penitentiary LEE County

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes   _____ No

If your answer to A is Yes, answer the following:

1. Court: U.S. District Court Western District of Virginia

2. Case Number: 7:20 cv 00678

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   _____ No

1. If your answer is Yes, indicate the result:

Negative/Careless

2. If your answer is No, indicate why:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Gilbert Devon Melvin,
Plaintiff,

JURY TRIAL DEMAND

V.

Amendment

Officer Gilbert, Officer
Bates, Officer Owens,
One unknown Officer,
One unknown Lieutenat

CASE No. 7:20 CV 00678

Defendants,

---

This Amendment is as ordered by the Court naming all defendants and their Roll through amended statement of Facts/Claims for violating plaintiffs' civil rights... Bivens v. Six Unknown Agents of Fed Bureau of Narcotics, 403 USC §388 (1971)

PAGE 1 OF 4

01/13/2021

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

PLEASE SEE AttatchmENts oN PAGES 2-3-4

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

PLEASE SEE AttatchmENts pAGES 2-3-4

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

300,000 compENSENtoRY / ONE milliON 1,000,000 punitive & FiRe & ChARGE All deFENdANts

G.  If this case goes to trial do you request a trial by jury?  Yes __✓__  No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: __1-20-2021__    SIGNATURE: _Gilbert Devon Melvin_

VERIFICATION:
I, ___Gilbert DEVON MElviN___, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: __1-20-2021__    SIGNATURE: _Gilbert Melvin Devon_
                                              First    Last    middle

## Facts

(1) On 12-4-2018, Officer Gilbert did falsely call a fight in between the plaintiff and his cellmate, Ernest Hammett # 05478-104. Officer Gilbert peppersprayed the plaintiff and his cellmate even dispite there being an actual "camera in the cell" to prove weren't fight. The plaintiff's hand was slamed in the food slot and he was cuffed and drug out of the cell by his feet.

(2) The plaintiff was taken to a holding cell where he was seen by an unknown lieutenant, officer Gilbert, officer Bates, officer Owens, and another unknown officer in the cell. At this time officer Gilbert did knee the plaintiff to the head and face several times. The handcuffs were squeezed as tight as possible by officer Bates. Officer Bates also squeezed a pair of shackles into the plaintiffs achilles as tight as possible making it near impossible for him to walk.

(3) The plaintiff was then forced to walk outs side with officers Bates, Gilbert, Owens and another unknown push on the back of his neck making him bend all the way over. The possition added incredible stress to his lower spinalcord because of the shackle cutting into his achilles and his body involuntarilly trying to stand upright against the force of the officers holding him over at the back of his neck and yelling they would jump on him if he fell. The plaintiff did feel a pop in his lower spinalcord that would later prove to be a very serious injury.

(4) The plaintiff was taken outside and stripped absolutely naked and barefoot in the freezing snow. He was hosed with water from a silver tank between his rear by officer Bates. During this time, officers Bates, Gilbert,

PAGE 2 OF 4

Owens and another unknown officer made jokes and called the plaintiff a "snitch." The plaintiff was then dressed in orange latex panties and a blue papper suit. The plaintiff was left outside barefooted and wet in the freezing snow for near an hour with his shackles and blackbox handcuffs squeezed painfully tight to cut into his flesh.

(5) Later, the plaintiff's restraints were loosened by officer Bates and he was told by officer Gilbert to — walk straight and normal, and don't say anything in front of the camera. However, after mentioning his bleeding and swollen finger to PA Caudill, the plaintiff was told by officers Gilbert and Bates to "close his fingers into a fist," then photographed his closed fist so that this injury was not visible.

(6) On 12-5-2018 the next day, the plaintiff did recieve another manufactured incident report where he was accused of "choking inmate Hammett by placing his left arm under Hammett's neck against his throat, while using his left hand to grip his right bicep area."

(7) The plaintiff asked that psychology Mrs. Hampton represent him for the incident report. He asked Mrs. Hampton to — retrieve a written statement from Ernest Hammett # 05478-104, and review the camera that was in the cell where the fight was supposed to have occured. The plaintiff gave an oral statement to who he believed was SIA investigator Mr. Anderson. However, Mr. Anderson refused to write down the plaintiff's complaint in an effort to conceal the officer's actions.

(8) On or about Febuary 7, 2019 — The plaintiff gave his own written statement to Disiplinary hearing officer Mr. Brown in conjunction with a written statement from inmate Hammett that was submitted by Mrs Hampton. The plaintiff believes that the video record he asked for was

CONCEALED by psychology Mrs Hampton to protect staff wrongful actions. Despite the plaintiff verbal request for an investigation, want to press charges. and writen statements submitted to him, DHO Mr. Brown refused to enter evidence or investigate. DHO Brown was adament in his conclusion to "agree to disagree" and wash away all evidence including the incident report itself to conceal the officer's actions. The plaintiff believes that officer Gilbert may have been suspended for two weeks for this incident.

(9) It is a matter of record... For great fear of threats made by Captain Phelps and other officers who, were or were not, transfered to AUSP Tomson (supermax), the plaintiff did hang himself in attempt to take his own life rather than be tortured again. This incident did occure in Oklahoma Transit Center on his way to AUSP Tomson supermax. The plaintiff has also, for matters directly related to this case, been seen extensively by head phychologist at AUSP Tomson and USP Allenwood. The plaintiff has been on suicide watch numerous times. He suffers from Major Depression Disorder. He takes medication for depression. The plaintiff has cut his wrist, and swallowed pills and thinks about suicide all the time. Then also, the plaintiff suffers from incredible pain in his lower spinalcord, and cannot plant his left foot with confidence because of damage to his Achilles. The plaintiff has been wheelchair bound as a result of his injuries involving this case.

PAGE 4 of 4

United States Penitentiary
P.O. Box 3000
White Deer, PA
(BAV)          17887

7020 1810 0

JAN 2 1 2021

LEGAL MAiL

Mailed From US Penitentiary

Unitec
OF
210 F
R



ED MAIL

001 6520 5585

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
JAN 22, 21
AMOUNT
**$0.00**
R2305K138972-03

UNITED STATES
POSTAL SERVICE ®

1000          24011

STATES District Court

fice OF The Clerk

ranklin Rd., Room 540

ANOKE, VA

24011-2208